THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER MUNRO, Appellant, v. JOSEPH H. BROPHY, Esq., Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Order affirmed, without costs, All concur, (The order dismisses

a writ of habeas corpus and remands relator to custody.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.